1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER O'BRIEN, as Trustee of the
Raymond F. O'Brien Revocable Trust,

        Plaintiff,

  v.

XPO LOGISTICS WORLDWIDE, INC., ET AL,

        Defendants.

_____/

No. C 16-03869 JSW

**ORDER TO SHOW CAUSE**

     By order dated June 23, 2017, this Court set the case management conference for August 11, 2017, and required personal appearances by lead counsel. On Friday, August 11, 2017, this Court held the initial case management conference in this matter. Lead counsel for Defendant did not appear.

     Accordingly, Defendant's counsel are HEREBY ORDERED TO SHOW CAUSE in writing as to why the Court should not impose monetary sanctions in the amount of $250.00 to either Kelly Knudsen or Francis J. Ortman, III. Counsel's response to this Order to Show Cause shall be due by August 21, 2017.

     **IT IS SO ORDERED.**

Dated: August 14, 2017

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE