KATHERINE F. WENGER/ CA SB# 223045
MARISSA R. BOYD/ CA SB# 319255
BROWN, GEE & WENGER LLP
200 Pringle Avenue, Suite 400
Walnut Creek CA 94596
Telephone: (925) 943-5000
Facsimile: (925) 933-2100
kwenger@bgwcounsel.com
mboyd@bgwcounsel.com

ATTORNEYS FOR PLAINTIFF
CHRISTOPHER R. O'BRIEN,
AS TRUSTEE OF THE RAYMOND F. O'BRIEN
REVOCABLE TRUST


SEYFARTH SHAW LLP
G. Daniel Newland (SBN 87965)
Email: dnewland@seyfarth.com
Laura J. Maechtlen (SBN 224923)
Email: lmaechtlen@seyfarth.com
Chantelle C. Egan (SBN 257938)
Email: cegan@seyfarth.com
Megha J. Charalambides (SBN 310892)
Email: mcharalambides@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, CA 94105-2930
Telephone:     (415) 397-2823
Facsimile:     (415) 397-8549

Attorneys for Defendants
XPO CNW, INC. and
XPO Logistics, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER O'BRIEN as trustee of the Raymond F. O'Brien Revocable Trust,<br><br>PLAINTIFF,<br><br>v.<br><br>XPO CNW, INC., and XPO LOGISTICS INC.,<br><br>DEFENDANTS. | CASE NO. 4:16-cv-03869-JSW<br>Filed: 5/27/16<br><br>**JOINT [PROPOSED] SIMPLIFIED STATEMENT OF THE CASE**<br><br>TRIAL DATE: 2/3/2020<br>TIME:     8:00 AM<br>DEPT.:     Courtroom 5<br><br>HONORABLE JEFFREY S. WHITE |

Pursuant to Section 2(c) of the Court's Standing Order for Civil Jury Trials, Plaintiff Christopher R. O'Brien, as Trustee of The Raymond F. O'Brien Revocable Trust and Defendants XPO CNW, INC. and XPO Logistics, Inc. submit this proposed Joint Simplified Statement of the Case to be read to the jury before voir dire and as part of the proposed jury instructions.

This matter involves claims brought by Plaintiff Christopher O'Brien, as Trustee of the Raymond F. O'Brien Revocable Trust (the "Trust"), against Defendants XPO CNW, Inc. ("CNW") and CNW's parent company XPO Logistics, Inc. ("XPO") (collectively "Defendants"). Through his claims, Plaintiff seeks to recover damages that he alleges Raymond O'Brien ("Mr. O'Brien") suffered, when CNW discontinued the $6,000 a month payment that had previously been made .

Mr. O'Brien initiated this lawsuit in May 2016. After Mr. O'Brien's passing in February 2017, Christopher O'Brien, in his capacity as the trustee of Mr. O'Brien's Trust, substituted in as Plaintiff in this matter. Christopher O'Brien claims that CNW's discontinuation of the payments at issue constituted elder abuse, and that XPO's involvement with that cessation of payment constituted elder abuse and an intentional interference with a contract between Mr. O'Brien and CNW. Defendants deny that their cessation of payments constituted elder abuse or intentional interference with a contract.

DATED: December 29, 2019           BROWN, GEE & WENGER LLP

/s/ Katherine F. Wenger  
KATHERINE F. WENGER  
Attorneys for Christopher R. O'Brien as Trustee of the Raymond F. O'Brien Revocable Trust

DATED: December 29, 2019           SEYFARTH SHAW LLP

By: /s/ Chantelle C. Egan  
G. Daniel Newland  
Laura J. Maechtlen  
Chantelle C. Egan  
Megha J. Charalambides

Attorneys for Defendant XPO CNW, INC. and XPO Logistics, Inc.

60914856v.1  
60916569v.1

**SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

DATED: December 29, 2019          BROWN, GEE & WENGER LLP

                                          /s/ Katherine Wenger
                                          KATHERINE F. WENGER
                                          Attorneys for Plaintiff Christopher R. O'Brien as Trustee of the Raymond F. O'Brien Revocable Trust